

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2020

No. 04-19-00881-CV

**IN RE** Hannah **RYERSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice, concurring
                Beth Watkins, Justice

On December 20, 2019, relator filed a petition for writ of mandamus. After considering the petition, the response, the reply, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). This court's majority and concurring opinions will issue at a later date.

It is so **ORDERED** on February 25, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25 day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI04186, styled *Kirsten Hartman and Diamond Landeros v. Hannah Ryerson*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.